## HOME INSURANCE COMPANY *v.* AETNA LIFE AND CASUALTY COMPANY

The plaintiff's petition for certification for appeal from the Appellate Court is denied.

*William F. Gallagher,* in support of the petition.

*Lois B. Tanzer* and *Edward W. Case,* in opposition.

Decided November 2, 1990

## STATE OF CONNECTICUT *v.* MICHAEL REID

The defendant's petition for certification for appeal from the Appellate Court, 22 Conn. App. 321, is denied.

*Michael R. Sheldon* and *Giovanna M. Tiberii,* in support of the petition.

*Frederick W. Fawcett,* assistant state's attorney, in opposition.

Decided November 2, 1990

## STATE OF CONNECTICUT *v.* GLORIA MONAR

The defendant's petition for certification for appeal from the Appellate Court, 22 Conn. App. 567, is denied.

*Charles W. Fleischmann,* in support of the petition.

*Frederick W. Fawcett,* assistant state's attorney, in opposition.

Decided November 2, 1990

## SUSANA CABRERA *v.* JOSE CABRERA

The defendant's petition for certification for appeal from the Appellate Court, 23 Conn. App. 330, is denied.

*Philip M. French,* in support of the petition.

Decided November 2, 1990